| | |
|---|---|
| <u>DEFENDANT</u>: | CHRISTIAN MARTINEZ-RAMOS |
| <u>AGE/YOB</u>: | 1994 |
| <u>COMPLAINT FILED?</u> | ___X___ Yes   _____ No<br>If Yes, MAGISTRATE CASE NUMBER 22-mj-0062-KLM |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | _X_ Yes   __ No |

<u>OFFENSE(S)</u>:

**Count 1:** Title 21, United States Code, Sections 841(a)(1), b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 13:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Count 24:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

**Counts 25, 27, 40:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Count 28:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine

<u>LOCATION OF OFFENSE:</u>   Denver County; Denver, Colorado

| | |
|---|---|
| PENALTY: | **Count 1** |
| | NLT 10 years, |
| | NMT life imprisonment |
| | At least 5 years Supervised Release |
| | $10,000,000 fine |
| | $100 Special Assessment |
| | |
| | **Count 13** |
| | NLT 10 years, |
| | NMT life imprisonment |
| | At least 5 years Supervised Release |
| | $10,000,000 fine |
| | $100 Special Assessment |
| | |
| | **Count 24** |
| | NMT 4 years in prison |
| | NMT 1-year of supervised release |
| | NMT $250,000.00 fine |
| | $100 Special Assessment |
| | |
| | **Counts 25 and 27** |
| | NLT 5 years |
| | NMT 40 years imprisonment |
| | At least 4 years Supervised Release |
| | $5,000,000 fine |
| | $100 Special Assessment |
| | |
| | **Count 28** |
| | NMT 20 years imprisonment |
| | NLT 5 years Supervised Release |
| | NMT $500,000.00 or twice the value of the property involved in the money laundering transactions |
| | $100 Special Assessment |
| | |
| AGENT: | Michael Gutke |
| | Special Agent, Drug Enforcement Administration |
| | |
| AUTHORIZED BY: | Stephanie Podolak |
| | Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.