DEFENDANT:        MARIO RUIZ-TAPIA

AGE/YOB:          1970

COMPLAINT         _____ Yes      ___X____ No
FILED?
                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    __ No

OFFENSE(S):       **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                  (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                  distribute and possess with the intent to distribute various amounts
                  of a mixture and substance containing a detectable amount of
                  cocaine, a Schedule II Controlled Substance

                  **Count 45:**  Title 21 U.S.C. § 843(b) and (d); Use of a
                  Communication Facility in Connection with Drug Trafficking

                  **Count 47:**  21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)(II); 18 U.S.C. §
                  2; Distribution and Possession with the Intent to Distribute a mixture
                  and substance containing a detectable amount of cocaine, a
                  Schedule II Controlled Substance and Aiding and Abetting the
                  Same

LOCATION OF       Denver County; Denver, Colorado
OFFENSE:

PENALTY:          **Count 1**
                  NLT 5 years,
                  NMT 40 years imprisonment
                  At least 4 years Supervised Release
                  $5,000,000 fine
                  $100 Special Assessment

                  **Count 45**
                  NMT 4 years in prison
                  NMT 1-year of supervised release
                  NMT $250,000.00 fine
                  $100 Special Assessment

**<u>Count 47</u>**
NLT 5 years,
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

<u>AGENT</u>:          Michael Gutke
                   Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u>   Stephanie Podolak
<u>BY</u>:               Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less; _X__ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.