| | |
|---|---|
| DEFENDANT: | ELDER JEOVANY GUTIERREZ-PIZARRO |
| AGE/YOB: | 2001 |
| COMPLAINT FILED? | _____ Yes    ___X____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    __ No

OFFENSE(S):

**Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 46:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

**Count 47:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II) 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

LOCATION OF OFFENSE: Denver County; Denver, Colorado

PENALTY:

**Count 1**
NLT 5 years,
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 46**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 47**
NLT 5 years,
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine

$100 Special Assessment

| | |
|---|---|
| AGENT: | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.